**Order entered August 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00369-CV

**MORGAN KEEGAN & CO., INC. AND MORGAN ASSET MANAGEMENT, INC.,**
Appellants/Cross-Appellees

**V.**

**PURDUE AVENUE INVESTORS LP, MARY ANN HOWARD AND DANA HOWARD,**
**AS TRUSTEE OF THE MOLLY A. HOWARD TRUST,** Appellees/Cross-Appellants

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-14448**

## ORDER

We **GRANT** appellees/cross-appellants' August 24, 2015 opposed fourth motion for extension of time to file briefs and **ORDER** appellees' brief be filed no later than September 7, 2015, cross-appellants' reply brief be filed no later than September 21, 2015, and appellants' reply brief no later than October 5, 2015.

/s/     CRAIG STODDART
        JUSTICE